E-FILED 1/22/19

TERM #21

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 2:18-cv-01357-PSG-AFM |
| Plaintiff, | ~~Proposed~~ Judgment Re: Default Judgment |
| v. | |
| **Perez & Larios Corporation,** a California Corporation; **Escamex Party Supplies, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

1

1  Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor in the amount of $9,165.00 against defendants Perez & Larios Corporation and Escamex Party Supplies, Inc.

Additionally, defendants Perez & Larios Corporation and Escamex Party Supplies, Inc., are ordered to provide accessible parking at the property located at 941 S. Birch Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 1/22/19   By: __PHILIP S. GUTIERREZ_____
                         United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff